1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ARMENAK NOURIDJANIAN, | ) Case No. CV 10-5055 SJO (JCG) |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

  IT IS ADJUDGED THAT the above-captioned action is **DISMISSED WITHOUT PREJUDICE.**

DATED: _February 7, 2011.

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE